FILED
CLERK, U.S. DISTRICT COURT
DEC - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>CHAD Custaguara<br>    Defendant. | CR 06-890 FMC<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A) (✓) the appearance of defendant as required; and/or

    (B) ( ) the safety of any person or the community.

//
//

1    The court concludes:
2  A.   (·)   Defendant poses a risk to the safety of other persons or the community
3            because defendant has not demonstrated by clear and convincing
4            evidence that:
5    _____
6    _____
7    _____
8    _____
9
10 (B)   ( )   ~~Defendant~~ is a flight risk because defendant has not shown by clear
11           and convincing evidence that:
12           *he can abide by court orders*
13   _____
14   _____
15   _____
16
17       IT IS ORDERED that defendant be detained.
18
19   DATED: 12/4/08
20
21
22
23                              _____
                                STEPHEN J. HILLMAN
24                              UNITED STATES MAGISTRATE JUDGE
25
26
27
28